UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSTAFA SULLIVAN,

Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT; HUDSON RIVER PARK TRUST; NOREEN DOYLE; CHRISTINE FAZIO; ROBERT ATTERBERY.,

Defendants.

25 CIVIL 05361 (LLS)

# CIVIL JUDGMENT

For the reasons stated in the May 19, 2026, order, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 4, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge